**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 1:23–mj–00245 |
| | § | |
| Roberto Lugardo–Moreno | § | |

## ORDER APPOINTING COUNSEL

Because the above-named defendant has testified under oath or has otherwise satisfied this Court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is hereby **APPOINTED** to represent this person in the above-designated case.

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

DONE at Brownsville, Texas, on March 20, 2023.

Ronald G. Morgan
United States Magistrate Judge